# IN THE UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

Appeal from District Court 240 CV. No. 14-DCV-213790

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
12/29/2015 7:02:19 PM
CHRISTOPHER A. PRINE
Clerk

## No. 01-15-00899 CV

RITA LEMONS, individually,

PLAINTIFF/ APPEALLANT

VS.

DON TRUSTCLAIRE, DON BLAKE, individually&

Dba(s), CARLOS PENA, Estate of LEROY LEMONS

BERTHUEL MARTINEZ, individually & dba, NOE GOMEZ AND LATECIA GOMEZ

DEFENDANT/APPELLEE

On Appeal from the United States District Court, Southern District of Texas,

Richmond, Texas, Fort Bend County Division, Honorable Judge Pedro Ruiz

Order 06-02-2015, Judge Thomas Culver III. Order 06-05-2015, Larry Order 08-

26-2015, Wagenbach and Chad Bridges Order 09-24-2015 for civil No. 14-DCV

213790

**APPELLANT'S MOTION FOR AN EXTENSION TO SUBMIT A SWORN AFFIDAVIT REGARDING THE INCORRECT ENTRIES ON THE TRANSCRIPT AND DOCKET SHEET**

By: RITA LEMONS

16215 Diamond Ridge Dr.

Houston, Texas 77053

(281) 707-2732

jireh_consult@yahoo.com

Appellant is requesting an extension to Submit Sworn Affidavit regarding the Transcript and it's many discrepancies. Appellant's request is made because the transcripts from the Fort Bend County Clerk, Rodger Adair doesn't reflect the correct and true statements of each hearing. The transcript reflects hearings for April 28, 2015, May 19, 2015 and conversation from January 21, 2015, and the transcripts entries are inter tangle and mixed up together and not in accordance to the sequence and events of the hearings. There is no transcript for the hearing on June 2, 2015, August 5, 2015, August 26, 2015, September 10, 2015, September 24, 2015 and September 28, 2015.

## CERTIFICATE OF SERVICE

Don TrustClaire, 12800 Dunlap Apt. 888 Houston, Texas 77085

Don Blake, individually& Dba(s) 16536 Boss Gaston Rd. Sugar Land, Texas 77498 Carlos Pena, 16208 Boss Gaston rd. Sugar Land, Texas 77498

Estate of LeRoy Lemons Berthel Martinez, individually & dba, 16526 Boss Gaston Rd. Sugar Land, Texas 77498Noe Gomez, individually & dba(s), 16526 Boss Gaston Rd. Sugar Land, Texas 77498 Latecia Gomez, individually& dba(s) 16526 Boss Gaston Rd. Sugar Land, Texas 77498

Respectfully Submitted,

S:/ RITA LEMONS

16215 Diamond Ridge Dr.

Houston, Texas 77053

(281) 707-2732

jireh_consult@yahoo.com